IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTORIA HUGHES,

      Appellant,

v.

U.S. BANK TRUST, N.A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-809

Opinion filed August 11, 2016.

An appeal from the Circuit Court for Walton County.
David W. Green, Judge.

Steven Copus of Copus & Copus, P.A., Shalimar, and George Gingo, Titusville, for
Appellant.

Matthew L. Schulis of Albertelli Law, Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.